RAYNOR *et al.* v. RAYNOR *et al.*

**Appeal:** NO ARGUMENT FILED : DISMISSAL. Where appellants file no brief or argument in this court, it will be presumed that they have abandoned their appeal, and it will be dismissed.

*Appeal from Taylor District Court.* — HON. R. C. HENRY, Judge.

FILED, MAY 10, 1889.

THIS is an action in equity, and it involves the ownership and possession of a farm. There was a decree for the plaintiffs. Defendants appeal.

*J. R. Good* and *J. P. Flick,* for appellants.

*J. L. Brown* and *Chas. Thomas,* for appellees.

ROTHROCK, J.—The appeal was submitted to the court for its decision on the thirtieth day of October, 1888. At the same time, and in connection with the general submission of the cause, there was a motion by appellee to affirm taken with the case. No brief nor argument

upon the merits of the appeal was filed nor submitted by either party. In this state of the record the decree of the district court must be affirmed. Without a brief of points or an argument by appellants we assume that they have abandoned their appeal.

AFFIRMED.